IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00665-WYD-PAC

JENELL KLIESEN,

      Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MORGAN,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Settlement Conference [filed October 16, 2006; Doc. No. 18] is **GRANTED** as follows:

      The Settlement Conference set for October 24, 2006 is vacated and reset to **December 11, 2006 at 3:00 p.m.**, 5th Floor, Arraj Courthouse.

      Confidential Settlement Statements are due on or before **December 7, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

      Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

***Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 17, 2006