IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00665-WYD-KLM

JENELL KLIESEN,

    Plaintiff,

v.

MORGAN COUNTY, DEPARTMENT OF HUMAN SERVICES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice, December 27, 2007 (docket 68). After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Jenell Kliesen's claims against Defendant The Board of County Commissioners of the County of Morgan should be dismissed with prejudice. It is therefore

    ORDERED as follows:

    1.    That the Joint Stipulated Motion for Dismissal With Prejudice is **APPROVED**; and

    2.    This case is **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys fees and costs.

Dated: January 4, 2008

        BY THE COURT:


        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        UNITED STATES DISTRICT JUDGE